IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DENNIS D. MORRIS**                                                                              **PETITIONER**
**ADC #654661**

v.                              **CASE NO. 5:11CV00298 JLH/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

The following Recommended Disposition ("Recommendation") has been sent to United States District Court Chief Judge J. Leon Holmes. Mr. Morris – or any party – may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

>Mail your objections and "Statement of Necessity" to:
>>Clerk, United States District Court
>>Eastern District of Arkansas
>>600 West Capitol Avenue, Suite A149
>>Little Rock, AR 72201-3325

**II.    Introduction:**

On November 17, 2011, Dennis D. Morris, an Arkansas Department of Correction ("ADC") inmate proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (docket entry #2)  Mr. Morris also filed a motion for leave to proceed *in forma pauperis* (#1) and a motion to appoint counsel (#3).  For the following reasons, the Court recommends that the District Court DISMISS the petition, without prejudice, and deny all pending motions as moot.

**III.   Discussion:**

The State of Arkansas convicted Mr. Morris of a cocaine-related offense in the Circuit Court of Ashley County, Arkansas.  He is currently serving his sentence in the Union County Jail.  Both Ashley County and Union County are in the El Dorado Division of the Western District of Arkansas.

Federal courts may entertain habeas petitions only within their respective jurisdictions.  28 U.S.C. § 2241(a).  The traditional rule is that a habeas petition is "issuable only in the district of confinement."  *Rumsfeld v. Padilla*, 542 U.S. 426, 442, 124 S.Ct. 2711, 2722 (2004)(citations omitted).  When a petitioner is challenging a State

conviction, title 28 U.S.C. § 2241(d) expands this rule to also provide jurisdiction in the district where the convicting State court is located.

When a petitioner challenges a State conviction in a State with two or more federal judicial districts, concurrent jurisdiction lies in both the district where the petitioner is in custody and the district where the convicting State court is located.  28 U.S.C. § 2241(d).  Mr. Morris was convicted in the Circuit Court of Ashley County, Arkansas, and he is in custody in Union County, Arkansas.  Both Ashley County and Union County are in the El Dorado Division of the Western District of Arkansas, so the only judicial district in Arkansas that fits either requirement for jurisdiction is the Western District of Arkansas.  The only district court with jurisdiction to hear this matter is the Western District of Arkansas.  Accordingly, the District Court should dismiss this action, without prejudice, and deny all pending motions as moot.

## IV.   Conclusion:

The Court recommends that the District Court dismiss Petitioner Dennis D. Morris's petition for writ of habeas corpus (#2), without prejudice, and deny all pending motions as moot.

DATED this 29th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE