IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DENNIS D. MORRIS**                                                       **PETITIONER**
**ADC #654661**

v.                    NO. 5:11CV00298 JLH/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                               **RESPONDENT**

### ORDER

The Court has reviewed the Recommended Disposition received from Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation. This Court adopts the Recommendation and dismisses Mr. Morris's Petition for Writ of Habeas Corpus (docket entry #2) without prejudice. All pending motions are denied as moot.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Morris has not provided a basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE