IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DENNIS D. MORRIS**                                                                   **PETITIONER**
**ADC #654661**

v.                              NO. 5:11CV00298 JLH/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                       **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Dennis D. Morris's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, without prejudice.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE